

United States District Court
Western District of Texas

---

Eric Cervini, et al

                Plaintiff

         VS

Chase Stapp, et al

                Defendant

**AFFIDAVIT OF SERVICE**

File/Index No.: 21CV00568
Issued On: 6/24/2021
Alt File/Index No.:
Calendar No.:

---

**SERVICE UPON: Chase Stapp**

STATE OF Texas, COUNTY OF Hays: ss

Adikan Kirbo being duly sworn, deposes and says:  I am not a party to the within action, am over the age of 18 years and reside in the State of Texas.

On 7/5/2021 at 2:30 PM at 208 Cowan Road,  San Marcos, TX 78666, I effected service of process of the following documents: Summons and Complaint; Civil Cover Sheet; Attorney Cover Letter upon Chase Stapp, a/the defendant in this matter/proceeding:

By delivering to and leaving a true copy thereof with Chase Stapp personally.

I describe the recipient at the time of service as follows: Gender: Male Race/Skin: white Age: 45 Height: 5'6" Eyes: Weight: 160 Hair: bald

Subscribed and sworn before me on 7|13|21

Notary Public: Marie Henry
Notary #:131960939 Qualified in County: Travis
My Commision expires on: 4|4|23

MARIE NICOLE HENRY
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960939

Adikan Kirbo
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600



Order #:R87034

Personal Service by Personal Delivery