# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Eric Cervini, Wendy Davis, David Gins, Timothy Holloway | § § § § § § | CIVIL NO: AU:21-CV-00568-RP |
| vs. | | |
| Chase Stapp, Richard Roes, Rachel Roes | | |

## ORDER SETTING TELEPHONE CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **TELEPHONE CONFERENCE** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, February 23, 2022 at 09:30 AM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 15th day of February, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE