IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ERIC CERVINI, WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY,<br><br>        Plaintiffs,<br><br>   v.<br><br>CHASE STAPP, BRANDON WINKENWERDER, MATTHEW DAENZER, and CITY OF SAN MARCOS,<br><br>        Defendants. | Civil Action No. 1:21-cv-00568-RP |

## JOINT SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, the following Agreed Scheduling Order is issued by the Court:

1.     A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before January 13, 2023.

2.     The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before December 9, 2022, and each opposing party shall respond, in writing, on or before January 20, 2023. All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and responses so the Court may use them in assessing attorney's fees and costs at the conclusion of the trial.

3.     Each party shall complete and file the attached "Notice Concerning Reference to United States Magistrate Judge" on or before November 18, 2022.

4.      The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before January 13, 2023.

5.      All parties asserting claims for relief shall file all designations of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before March 15, 2023. Parties resisting claims for relief shall file their designations of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before May 1, 2023. All parties shall file all designations of rebuttal experts and serve on all parties the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, 15 days from the receipt of the report of the opposing expert.

6.      An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **11 days** from the receipt of the written report of the expert's proposed testimony, or within **11 days** from the completion of the expert's deposition, if a deposition is taken, whichever is later.

7.      The parties shall complete all discovery on or before June 23, 2023.

8.      All dispositive motions shall be filed on or before September 29, 2023 and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 7 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

9.      The Court will set this case for final pretrial conference at a later time. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for

- 3 -

each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference.

        10.     This case is set for __Jury__ trial commencing at 9:00 a.m. on __January 22__, 20 _24_. By filing an agreed motion, the parties may request that this Court extend any deadline set in this Order, with the exception of the dispositive motions deadline and the trial date. The Court may impose sanctions under Federal Rule of Civil Procedure 16(f) if the parties do not make timely submissions under this Order.

SIGNED on ___October 13___, 20 _22_

                                              **ROBERT PITMAN**
                                            **UNITED STATES DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

§
§
§
§

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73,

and the Local Rules of the United States District Court for the Western District of Texas, the

following party _____

through counsel _____

    ____ consents to having a United States Magistrate Judge preside over the trial in this case.

    ____ declines to consent to trial before a United States Magistrate Judge.


Respectfully submitted,

_____

Attorney for:

_____