**FILED**
April 18, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: ___Julie Golden___
DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ERIC CERVINI, WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE STAPP, BRANDON WINKENWERDER, MATTHEW DAENZER, and CITY OF SAN MARCOS,<br><br>Defendants. | Civil Action No. 1:21-cv-00568-RP<br><br>Hon. Robert Pitman |

### ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL NON-PARTY CODY CEH TO COMPLY WITH PLAINTIFFS' RULE 45 SUBPOENA

The Court has considered Plaintiffs' Motion to Compel Non-Party Cody Ceh to Comply with Plaintiffs' Rule 45 Subpoena (the "Motion"). After considering the motion, the court is of the opinion that it should be GRANTED. Thus, it is THEREFORE ORDERED that, within fourteen days of this order, non-party Cody Ceh shall search for and produce documents in response to Plaintiffs' Rule 45 Subpoena and respond in full.

SIGNED this 18th day of ___April___, 2023.

_____
HON. ROBERT PITMAN
UNITED STATES DISTRICT JUDGE