**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| ERIC CERVINI, WENDY DAVIS, DAVID GINS, and TIMOTHY HOLLOWAY,<br><br>    Plaintiffs,<br><br> v.<br><br>CHASE STAPP, BRANDON WINKENWERDER, MATTHEW DAENZER, and CITY OF SAN MARCOS,<br><br>    Defendants. | Civil Action No. 1:21-cv-00568-RP<br><br>Hon. Robert Pitman |

## JOINT STATUS REPORT

In response to this Court's August 9, 2023 Order ("August 9 Order") directing the parties to meet and confer within "approximately 30 days . . . to attempt to resolve issues related to non-party City of San Marcos employees' city-issued and other mobile phones," Dkt. 123 at 2, and to address other outstanding discovery items, counsel for Plaintiffs Eric Cervini, Wendy Davis, David Gins, and Timothy Holloway (together, "Plaintiffs") and counsel for Defendant the City of San Marcos (the "City") conferred on August 15, 2023 ("August 15 Conference"), September 5, 2023 ("September 5 Conference"), and October 3, 2023 ("October 3 Conference").

During the August 15 Conference the parties agreed to suspend the City's deadline to perform searches of city-issued mobile phones for Defendants Stapp, Winkenwerder, and Daenzer in compliance with the August 9 Order, to extend Plaintiffs' deadline to serve responses and objections to the City's interrogatories, that Defendant would ask the Court to extend the City's deadline to respond to Plaintiffs' August 4, 2023 Motion for Costs and Attorneys' Fees, Dkt. 121, and to suspend all other on-going discovery matters.

The parties have found these conferences to be productive, and therefore agreed to further extend the suspension of all deadlines as described above to October 18, 2023 and that Defendant would ask the Court to further extend the City's deadline to respond to Dkt. 121 to October 27, 2023, while the parties continue to explore resolution of the pending matters.  The parties will update the Court with respect to their progress on these matters on or before November 6, 2023.

DATED: October 6, 2023                            Respectfully Submitted,


By: */s/ Samuel Hall*

**TEXAS CIVIL RIGHTS PROJECT**
Ashley Fernandez Dorsaneo (TX Bar No. 24127393)
Christina M. Beeler (TX Bar No. 24096124)
Sarah Xiyi Chen (CA Bar No. 325327) (*pro hac vice*)
Veronikah Rhea Warms (TX Bar No. 24132682) (*pro hac vice*)
Texas Civil Rights Project
1405 Montopolis Drive
Austin, Texas 78741
Telephone: (512) 474-5073
Facsimile: (512) 474-0726
Email: ashley@texascivilrightsproject.org
christinab@texascivilrightsproject.org
schen@texascivilrightsproject.org
veronikah@texascivilrightsproject.org

**THE PROTECT DEMOCRACY PROJECT, INC.**
John Paredes (NY Bar No. 5225412) (*pro hac vice*)
Orion Danjuma (NY Bar No. 4942249) (*pro hac vice*)
The Protect Democracy Project, Inc.
82 Nassau Street, #601
New York, NY 10038
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
john.paredes@protectdemocracy.org

orion.danjuma@protectdemocracy.org

Cameron O. Kistler (DC Bar No. 1008922)
(*pro hac vice*)
Cerin Lindgrensavage (DC Bar No.
1741602) (*pro hac vice*)
JoAnna Suriani (DC Bar No. 1645212) (*pro hac vice*)
Anne Harden Tindall (DC Bar No. 494607)
(*pro hac vice*)
The Protect Democracy Project, Inc.
2020 Pennsylvania Ave. NW, Suite # 163
Washington, D.C. 20006
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
cameron.kistler@protectdemocracy.org
cerin.lindgrensavage@protectdemocracy.org
joanna.suriani@protectdemocracy.org
anne.tindall@protectdemocracy.org

Benjamin L. Berwick (MA Bar No. 679207)
(*pro hac vice*)
The Protect Democracy Project, Inc.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
ben.berwick@protectdemocracy.org

Jared Fletcher Davidson (LA Bar No.
37093)
(*pro hac vice*)
The Protect Democracy Project, Inc.
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
jared.davidson@protectdemocracy.org

**WILLKIE FARR & GALLAGHER LLP**
Michael Gottlieb (DC Bar No. 974960) (*pro hac vice*)
Robert Meyer (DC Bar No. 405632) (*pro hac vice*)
Samuel Hall (DC Bar No. 242110) (*pro hac vice*)

Meryl Conant Governski (DC Bar No. 1023549) (*pro hac vice*)
Jamielah Yancey (DC Bar No. 1619055) (*pro hac vice*)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
Telephone: (202) 303-1000
Facsimile: (202) 303-2000
Email: mgottlieb@willkie.com
rmeyer@willkie.com
shall@willkie.com
mgovernski@willkie.com
jyancey@willkie.com

Madeleine Tayer (NY Bar No. 5683545) (*pro hac vice*)
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mtayer@willkie.com

***Attorneys for Plaintiffs***

Respectfully submitted,

**FLETCHER, FARLEY,
SHIPMAN & SALINAS, L.L.P.**
2530 Walsh Tarlton Lane, Suite 150
Austin, Texas  78746
(512) 476-5300
FAX (512) 476-5771

By: */s/ Joanna Lippman Salinas*
Joanna Lippman Salinas
State Bar No. 00791122
joanna.salinas@fletcherfarley.com
David Solomon
State Bar No. 24077361
david.solomon@fletcherfarley.com

Attorneys for Defendants, *Chase Stapp, Brandon Winkenwerder, Matthew Daenzer, and City Of San Marcos*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2023, a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Filing System of the Western District of Texas, in compliance with the Federal Rules of Civil Procedure.

DATED: October 6, 2023

Respectfully Submitted,

By: */s/ Samuel Hall*

**WILLKIE FARR & GALLAGHER LLP**
Samuel Hall (DC Bar No. 242110) (*pro hac vice*)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
Telephone: (202) 303-1000
Facsimile: (202) 303-2000
Email: shall@willkie.com